1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7 * * *

8 CODY C. LEAVITT,                          )
                                            )
9              Petitioner,                  )     Case No. 2:12-cv-00987-JCM-RJJ
                                            )
10 vs.                                      )
                                            )     ORDER
11 DWIGHT NEVEN, et al.,                    )
                                            )
12              Respondents.                )
   _____/

13

14        This action involves a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner

15 moves the court for another 90 day extension of time to file his amended petition.  ECF No. 22. The

16 motion is unopposed.

17        Good cause appearing, the motion for extension of time (ECF No. 22) is **GRANTED.**  The

18 amended petition is due  no later than May 20, 2013.  No additional enlargements of time for this

19 purpose will be granted absent a showing of extraordinary circumstances.

20        **IT IS SO ORDERED.**

21        Dated this ___12th___ day of February, 2013.

22

23 _____
   UNITED STATES DISTRICT JUDGE

24

25

26