**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CODY C. LEAVITT, | )<br>) |
| Petitioner, | ) Case No. 2:12-cv-00987-JCM-RJJ<br>) |
| vs. | )<br>) ORDER |
| DWIGHT NEVEN, et al., | )<br>) |
| Respondents. | ) |

This action involves a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, who is represented by counsel, moves in proper person for the court to reconsider petitioner's motion to withdraw counsel and for leave to file notice requesting rehearing of Bail Pending Appeal (ECF No. 26). This motion is signed and was filed by petitioner's motion Myra Leavitt, "Ex rel Maturna" in addition to being signed by petitioner. Where petitioner is represented by counsel, the court will not entertain motions filed in proper person. Therefore, this motion (ECF No. 26) is **DENIED**. Petitioner is instructed to refrain from further pro se pleadings and to pursue his concerns through counsel.

Petitioner, through his court-appointed counsel, also moves the court for an extension of time to file his amended petition. ECF No. 28. The motion is unopposed. Petitioner he further moves the court for an order lifting the stay of these proceedings (ECF No. 29) and for permission to withdraw an erroneously filed document (ECF No. 32). These motions are **GRANTED**.

The clerk shall reopen the action and shall strike the supplemental petition (ECF No. 30) and exhibits (ECF No. 31) from the record. The amended petition shall be filed no later than October 15,

2013.

**IT IS SO ORDERED.**

Dated this  8th  day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE