UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CODY LEAVITT, )<br>          Petitioner, )<br>vs. )<br>DWIGHT NEVEN, *et al.*, )<br>          Respondents. ) | Case No. 2:12-cv-00987-JCM-CWH<br><br>**ORDER** |

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.

    On October 15, 2013, petitioner filed an amended petition and exhibits in support of the amended petition. (ECF Nos. 35 & 36). On November 5, 2013, respondents filed a motion to strike the amended petition because the exhibits filed with the amended petition were not properly marked pursuant to Rule 10-3(a) of the Local Rules of Civil Practice. (ECF No. 38). On November 19, 2013, petitioner filed an errata to the exhibits in support of the amended petition, correcting the exhibits by properly marking them. (ECF No. 39). Respondents have filed a motion to withdraw their motion to strike, in light of petitioner's correction of the exhibits. (ECF No. 40). The motion to withdraw is granted.

Respondents have also filed a motion for an extension of time in which to file a response to the amended petition for a writ of habeas corpus. (ECF No. 41). Respondents seek a 60-day enlargement of time, up to and including February 17, 2014, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion to withdraw (ECF No. 40) their motion to strike (ECF No. 38) is **GRANTED.**

**IT IS FURTHER ORDERED** that respondents' motion to strike (ECF No. 38) is **WITHDRAWN.**

**IT IS FURTHER ORDERED** that respondents' motion for an extension of time to file a response to the amended petition (ECF No. 41) is **GRANTED.** The response shall be filed on or before **February 17, 2014.**

Dated this  26th  day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

2