1
2
3
4
5
6                              **UNITED STATES DISTRICT COURT**
7                                **DISTRICT OF NEVADA**
8
9
   CODY LEAVITT,                          )
10                                          )
                Petitioner,                )          Case No. 2:12-cv-00987-JCM-CWH
11                                          )
   vs.                                     )          **ORDER**
12                                          )
   DWIGHT NEVEN, *et al.*,                 )
13                                          )
                Respondents.               )
14  _____/
15
           This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a
16
   Nevada state prisoner represented by counsel.
17
           Respondents have filed a motion for a second extension of time in which to file a response to
18
   the amended petition for a writ of habeas corpus.  (ECF No. 45).  Respondents seek a 17-day
19
   enlargement of time, up to and including March 7, 2014, to file a response.  Having reviewed the
20
   motion and good cause appearing, respondents' motion is granted.
21
           Petitioner has filed a *pro se* motion for the substitution of counsel.  (ECF No. 43).  Petitioner
22
   asks the court to appoint him different counsel.  (*Id.*).  On July 6, 2012, this court granted petitioner's
23
   motion for the appointment of counsel and appointed the federal public defender to represent petition
24
   in this habeas proceeding and in case number 2:12-cv-00625-MMD-NJK.  (ECF No. 6).  The federal
25
   public defender filed a notice of conflict on August 6, 2012.  (ECF No. 11).  Therefore, on August
26

15, 2012, this court appointed attorney Todd Leventhal to represent petitioner in this action.  (ECF No. 12).  The court previously denied Leventhal's motion to withdraw as counsel, and ordered him to return his attentions to this mater after a brief stay allowing him to attend to other items on the court's docket.  (ECF No. 25).  Petitioner's counsel filed an amended petition on October 15, 2013.  (ECF No. 36).  The state is in the process of preparing a response to the amended petition.  Petitioner asks the court to substitute another attorney in place of court-appointed counsel, Todd Leventhal.  There is no constitutional right to appointed counsel for a federal habeas corpus proceeding.  *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).  Petitioner has been appointed counsel, Todd Leventhal, in this action and in case number 2:12-cv-00625-MMD-NJK.  Petitioner is not entitled to his choice of counsel when the court has already appointed counsel.  In the interests of justice, petitioner's motion for substitution of counsel is denied.  The court further orders petitioner to refrain from filing further *pro se* pleadings in this action, and instead proceed through counsel, pursuant to Local Rule, Part IA 10-6(a).  Any further documents filed by petitioner in *pro se* shall be stricken.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time (ECF No. 45) to file an answer or other response to the amended petition is **GRANTED.**  Respondents' answer or other response to the amended petition shall be filed on or before **March 7, 2014.**

**IT IS FURTHER ORDERED** that petitioner's *pro se* motion for substitution of counsel (ECF No. 43) is **DENIED.**

**IT IS FURTHER ORDERED** that any further documents filed by petitioner in *pro se* shall be stricken from the record.  Petitioner shall proceed through appointed counsel in this action.

Dated March 3, 2014.

UNITED STATES DISTRICT JUDGE

2