# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CODY LEAVITT,

    Petitioner,                Case No. 2:12-cv-00987-JCM-CWH

vs.                                      **ORDER**

DWIGHT NEVEN, *et al.*,

    Respondents.

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time in which to file a response to the pending motion to dismiss. (ECF No. 53). Petitioner seeks an extension of time, up to and including April 21, 2014, to file a response. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a response to the pending motion to dismiss (ECF No. 53) is **GRANTED.** Petitioner's response shall be filed on or before **April 21, 2014.**

Dated March 31, 2014.

                                                       UNITED STATES DISTRICT JUDGE